**Electronically Filed**
**Supreme Court**
**SCWC-13-0000701**
**11-DEC-2014**
**02:28 PM**

SCWC-13-0000701

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CHRISTOPHER LEE SLAVICK,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000701; CR. NO. 04-1-1534)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on November 2, 2014, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 11, 2014.

Lila Barbara Kanae                /s/ Mark E. Recktenwald
for petitioner
                                  /s/ Paula A. Nakayama
Sonja P. McCullen
for respondent                    /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

                                  /s/ Michael D. Wilson